UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGAN CREWS | * | |
| | * | CIVIL ACTION NO. |
| v. | * | 17-CV-234 |
| | * | |
| | * | JUDGE SHELLY D. DICK |
| EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC. and | * | MAGISTRATE JUDGE |
| ACCOUNT CONTROL BUREAU, INC. | * | ERIN WILDER-DOOMES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Meagan Crews, and Defendant, Experian Information Solutions, Inc. ("Experian"), stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice. There are no longer any issues in this matter between Plaintiff and Experian to be determined by this Court. These Parties hereby stipulate that all claims or causes of action against Experian which were or could have been brought in this lawsuit are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

Respectfully submitted,

_/s/Jonathan F.Raburn_
**JONATHAN F. RABURN (La. Bar #28728)**
**DENNIS MCCARTY (Pro Hac Vice)**
McCarty & Raburn,
A Consumer Law Firm, PLLC
3000 Custer Rd. Suite 270 #1501
Plano, TX 75075
Telephone: (225) 412-2777
Facsimile: (817) 887-5069
Email: jonathan@geauxlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of October, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*/s/Jonathan F. Raburn*
**JONATHAN F. RABURN**