UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEAGAN CREWS | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION NO. |
| | * | 17-CV-234 |
| v. | * | |
| | * | JUDGE SHELLY D. DICK |
| ACCOUNT CONTROL BUREAU and | * | |
| EXPERIAN INFORMATION | * | MAGISTRATE JUDGE |
| SOLUTIONS, INC. | * | ERIN WILDER-DOOMES |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the *Joint Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant Account Control Bureau, Inc.* filed by the Plaintiff and Defendant, Account Control Bureau, Inc. into the record of the captioned matter;

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice as to Defendant, Account Control Bureau, Inc., each party to bear its own costs.

Baton Rouge, Louisiana the 23rd day of October, 2018.

_____
**HONORABLE SHELLY D. DICK**
**MIDDLE DISTRICT OF LOUISIANA**

jURY